**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **JOHN EARLE SULLIVAN**,<br>*Plaintiff*,<br><br>*v.*<br><br>**PAUL J. DIRKMAAT; JOEL A. FERRE; KATHRYN L. WHITE; LARON J. LIND; ALEXIS WALKER; CURTIS BRITLAND; HOUNG "KIM" CHHOUR; AND DEREK NELSON**,<br>*each in their individual and official capacities*,<br><br>and<br><br>**OFFICE OF THE UTAH ATTORNEY GENERAL; AND ADMINISTRATIVE OFFICE OF THE COURTS**,<br>*each sued strictly under Title II of the ADA and Title VI of the Civil Rights Act of 1964.*<br><br>*Defendants.* | **CASE NO.** Case: 2:26−cv−00704<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 7/28/2026<br>**JUDGE:** N Description: Sullivan v. Dirkmaat et al |

## ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS

Before the Court is Plaintiff's Motion to Proceed In Forma Pauperis.

Having reviewed the Motion and finding that Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a)(1), the Court hereby GRANTS the Motion.

### ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff is permitted to proceed in this civil action without the prepayment of fees, costs, or security.
2. The Clerk of Court is directed to file the Complaint without payment of the filing fee.
3. The United States Marshal is directed to serve the summonses and Complaint upon the Defendants as requested by Plaintiff, with all costs and fees of service waived.

**End of Document. Signature appears at the top of the first page.**